**Order entered October 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00748-CV

### HKS/WS, A JOINT VENTURE, Appellant

### V.

### HALFF ASSOCIATES, INC., Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-17458

## ORDER

Before the Court is the parties' October 17, 2019 second joint motion for an extension of time to file appellee's brief. The parties inform the Court that they have reached a tentative settlement agreement and are in the process of finalizing the appropriate documents. We **GRANT** the motion and extend the time to November 12, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE